**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Aug. 18, 2014.

Jamal Byrd, pro se.

Vincent R. Mazeski, PA Department of Corrections, Office of Chief Counsel, for Pennsylvania Department of Corrections.

### *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED,** without prejudice to any right Appellant may have, pursuant to *Fajohn v. Com., Dep't of Corrections,* 547 Pa. 649, 692 A.2d 1067 (1997), to seek modification of his sentence *nunc pro tunc* in the Philadelphia County Court of Common Pleas.

**SOUTH OF SOUTH STREET NEIGHBORHOOD ASSOCIATION, Kevin Broad, Patrick Borkowski, Nicole Flaquer and Wei Jing Lei, Appellants**

v.

**PHILADELPHIA ZONING BOARD OF ADJUSTMENT, The City of Philadelphia and Dung Phat LLC, Appellees.**

Supreme Court of Pennsylvania.

Argued March 11, 2014.

Decided Aug. 18, 2014.

Lee Applebaum, Esq., S. David Fineman, Esq., Joshua Brad Horvitz, Esq., Gary A. Krimstock, Esq., Fineman Krekstein & Harris, P.C., Philadelphia, for South of South Street Neighborhood Association, Kevin Broad, Patrick Borkowski, Nicole Flaquer and Wei Jing Lei.

Joseph Beller, Esq., Meghan Katherine Finnerty, Esq., Offit Kurman, P.A., Philadelphia, for Dung Phat LLC.

Sharon Lee Suleta, Esq., for City of Philadelphia and Philadelphia Zoning Board of Adjustment.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, STEVENS, JJ.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**